| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Steven Joseph Quill Sr.** | Social Security number or ITIN  xxx–xx–1723 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Virginia** | |
| Case number: | **21–30131–KLP** | |

## Discharge of Debtor                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Steven Joseph Quill Sr.

<u>April 28, 2021</u>                         **For the court:**      William C. Redden
                                                                     Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Steven Joseph Quill, Sr.  
    Debtor

Case No. 21-30131-KLP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0422-7      User: admin      Page 1 of 2  
Date Rcvd: Apr 29, 2021      Form ID: 318      Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Joseph Quill, Sr., 7118 Anderson Forge Place, North Chesterfield, VA 23225-7462 |
| cr | + | Fifth Third Bank, N.A., 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| cr | + | TOYOTA MOTOR CREDIT CORPORATION, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15559966 | + | Andersons Forge HOA, c/o Lane & Hamner, 3520-A Courthouse Road, Richmond, VA 23236-1479 |
| 15559971 | | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCSB3E 1830 E Paris Ave SE, Grand Rapids, MI 49546-0000 |
| 15559973 | + | Lafayette Ayers & Whitlock, 10160 Staples Mill Road, Suite 105, Glen Allen, VA 23060-3447 |
| 15559975 | + | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15559977 | + | Schrier Tolin & Wagman, LLC, 1390 Piccard Dr., Suite 315, Rockville, MD 20850-6539 |
| 15559978 | + | TACS, P O Box 31800, Henrico, VA 23294-1800 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: lynn.tavenner@txitrustee.com | Apr 30 2021 02:16:00 | Lynn L. Tavenner, 341 Dial 866-630-1691 Code: 9791870, 20 North Eighth Street, Second Floor, Richmond, VA 23219 |
| cr | + | EDI: VACU.COM | Apr 30 2021 03:33:00 | Virginia Credit Union, Inc., P.O. BOX 90010, RICHMOND, VA 23225-9010 |
| 15559967 | + | Email/Text: bankruptcy@cavps.com | Apr 30 2021 02:17:00 | Cavalry Portfolio Services, 500 Summit Lake, Suite 400, Valhalla, NY 10595-2322 |
| 15559968 | + | Email/Text: treasurer.bankruptcy@chesterfield.gov | Apr 30 2021 02:18:00 | Chesterfield County Treasurer, P.O. Box 26585, Richmond, VA 23261-6585 |
| 15559969 | + | Email/Text: bankruptcynotification@vacu.org | Apr 30 2021 02:16:00 | Chesterfield Federal C, Po Box 820, Chesterfield, VA 23832-0012 |
| 15559970 | | EDI: CITICORP.COM | Apr 30 2021 03:33:00 | Citibank North America, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15559972 | | EDI: IRS.COM | Apr 30 2021 03:33:00 | Internal Revenue Service, Centralized Insolvency Operati, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 15559974 | + | EDI: MID8.COM | Apr 30 2021 03:33:00 | Midland Credit Management, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 15559976 | | EDI: PRA.COM | Apr 30 2021 03:33:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-0000 |
| 15559979 | | EDI: TFSR.COM | Apr 30 2021 03:33:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409-0000 |
| 15559980 | + | Email/Text: bkr@taxva.com | Apr 30 2021 02:18:00 | VA Dept. of Taxation, Office of Customer Services, PO Box 1115, Richmond, VA 23218-1115 |
| 15559981 | + | EDI: VACU.COM | Apr 30 2021 03:33:00 | Virginia Credit Union, Attn: Bankruptcy, Po Box 90010, Richmond, VA 23225-9010 |

Case 21-30131-KLP  Doc 36  Filed 05/01/21  Entered 05/02/21 00:17:29  Desc Imaged
Certificate of Notice  Page 4 of 4

| District/off: 0422-7 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 29, 2021 | Form ID: 318 | Total Noticed: 21 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Toyota Motor Credit Corporation, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy L Schweitzer | on behalf of Creditor Virginia Credit Union  Inc. amy.schweitzer@vacu.org |
| James E. Kane | on behalf of Debtor Steven Joseph Quill  Sr. jkane@kaneandpapa.com, info@kaneandpapa.com,cdiez@kaneandpapa.com,jkrumbein@kaneandpapa.com,awilson@kaneandpapa.com,afisher@kaneandpapa.com |
| John Rafferty | on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION johnrafferty147@live.com |
| John Rafferty | on behalf of Creditor Toyota Motor Credit Corporation johnrafferty147@live.com |
| John Rafferty | on behalf of Creditor Fifth Third Bank  N.A. johnrafferty147@live.com |
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |
| Lynn L. Tavenner | ltavenner@tb-lawfirm.com  amorris@tb-lawfirm.com;ltavenner@iq7technology.com;ecf.alert+Tavenner@titlexi.com |

TOTAL: 7